UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD WATKINS, | No. C 10-2539 SI (pr) |
| Plaintiff, | **ORDER PERMITTING DEPOSITION OF INCARCERATED PLAINTIFF AND EXTENDING DEADLINES** |
| v. | |
| BEN CURRY; et al., | |
| Defendants. | |

Defendant has filed an <u>ex parte</u> application under Federal Rule of Civil Procedure 30(a)(2)(B) for leave to depose plaintiff, an incarcerated individual. Upon due consideration, defendant's application is GRANTED. (Docket # 18.) Defendant's counsel may conduct the deposition of plaintiff at the prison at which he is incarcerated.

Defendant has filed an <u>ex parte</u> application for a thirty-day extension of time to file a dispositive motion. Upon due consideration of the application and the accompanying declaration of attorney Mitchell Wrosch, the court GRANTS the application. (Docket # 19.) The court now sets the following new briefing schedule for dispositive motions:

1. Defendant must file and serve her dispositive motion no later than **July 15, 2011**.

2. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **August 19, 2011**.

3. Defendant must file and serve any reply brief no later than **September 9, 2011**.

IT IS SO ORDERED.

Dated: June 1, 2011

_____
SUSAN ILLSTON
United States District Judge