UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD WATKINS, | No. C 10-2539 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BEN CURRY; et al., | |
| Defendants. | |

Judgment is now entered in defendant's favor and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 25, 2011

_____
SUSAN ILLSTON
United States District Judge